NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: RONALD A. KATZ TECHNOLOGY LICENSING, L.P.,**
*Appellant*

---

2015-1170

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board, in No. 90/012,036.

---

**JUDGMENT**

---

LOWELL D. MEAD, Cooley LLP, Palo Alto, CA, argued for appellant. Also represented by LORI R. MASON; FRANK V. PIETRANTONIO, Reston, VA.

ROBERT MCBRIDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, STACY BETH MARGOLIES.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* CLEVENGER and HUGHES, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

September 15, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court